Daryl DIEMER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53796.

Missouri Court of Appeals,
Western District.

Sept. 16, 1997.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appellant pled guilty to one count each of attempted stealing, tampering in the first degree, and stealing property valued over one hundred fifty dollars. He filed this Rule 24.035 motion alleging his plea counsel was ineffective for not informing him he was required to serve eighty percent of his sentence, and that the motion court failed to advise him of the parole implications of the plea.

Judgment affirmed. Rule 84.16(b).